UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA    )        COLLIER/CARTER
    )
    v.                    )        CASE NO. 1:12-CR-148
    )
AMBER NICOLE FLOWERS    )

# O R D E R

On March 19, 2013, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count Two of

the Indictment in exchange for the undertakings made by the government in the written plea

agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in Count Two of the

Indictment; (c) that a decision on whether to accept the plea agreement be deferred until

sentencing; and (d) Defendant shall be taken into custody, nunc pro tunc for February 8, 2013,

pending sentencing or further order of the Court (Court File No. 46).   Neither party filed an

objection within the given fourteen days.   After reviewing the record, the Court agrees with the

magistrate judge's report and recommendation.   Accordingly, the Court **ACCEPTS** and

**ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1)

and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count Two of the Indictment, in exchange for the

undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the

Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(4) Defendant **SHALL BE TAKEN INTO CUSTODY,** nunc pro tunc for February 8,

2013, pending sentencing on **Thursday, June 20, 2013, at 2:00 pm**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**